**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY D. ANDERSON,<br><br>        Petitioner,<br><br>  vs.<br><br>HIGH DESERT STATE PRISON,<br><br>        Respondent. | CASE NO. CV 10-03462 GHK (RZ)<br><br>JUDGMENT |

This matter came before the Court on the Petition of BILLY D. ANDERSON for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed without prejudice.

DATED: 10/8/10

_____
GEORGE H. KING
UNITED STATES DISTRICT JUDGE